**ASAHI GLASS COMPANY., LTD.,**
**Plaintiff–Appellant,**

v.

**PENTECH PHARMACEUTICALS,**
**INC. and Par Pharmaceutical,**
**Inc., Defendants–Appellees,**

and

**Smithkline Beecham Corporation, Beecham Group P.L.C, Glaxosmithkline P.L.C, and Smithkline Beecham, P.L.C, Defendants–Appellees.**

No. 04–1195.

United States Court of Appeals, Federal Circuit.

June 30, 2004.

Lewis R. Clayton, Steven C. Herzog, Paul, Weiss, New York, NY, for Plaintiff–Appellant.

Kenneth Mark Frankel, Finnegan Henderson, Reston, VA, Robert D. Bajefsky, Ford F. Farabow, Jr., Howard W. Levine, Finnegan, Henderson, Washington, DC, George M. Gowen, III, Stephen A. Stack, Jr., Dechert LLP, Philadelphia, PA, Richard A. Edlin, Greenberg Traurig, New York, NY, for Defendants–Appellees.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).